O AO 94   (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

Eastern District of California

| | **FILED** |
|---|---|
| | Mar 25, 2026 |
| | CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA |

UNITED STATES OF AMERICA

## V.

**COMMITMENT TO ANOTHER DISTRICT**

JARVIS TOUSSAINT

Case No. 2:26-mj-00032-AC

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| E. District of CA | 4:19-cr-00520-JSW | 2:26-mj-00032-AC | N. District of CA |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

_____ Indictment   _____ Information   _____ Complaint  _X_ Other (specify)  Petition for Warrant of Person Under Supervision

**charging a violation of**   18   **U.S.C. '**   3606

**DISTRICT OF OFFENSE**   Northern District of California, Oakland Venue

**DESCRIPTION OF CHARGES:**

Arrest and Return of a Probationer

**CURRENT BOND STATUS:**

Clic Bail fixed at $_____   and conditions were not met
Clic Government moved for detention and defendant detained after hearing in District of Arrest
Clic XXX   Government moved for detention and defendant detained pending detention hearing in District of Offense
Clic Other (specify)

| **Representation** | Clic Retained Own Counsel | Clic Federal Defender Organization | Clic CJA Attorney | Clic None |
|---|---|---|---|---|

**Interpreter Required?**      _X_ No      _____ Yes      Language:_____

**DISTRICT OF**   CALIFORNIA

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_allison Clare_

03/25/2026
Date

United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |